**PARKER IBRAHIM & BERG LLP**
BRYANT S. DELGADILLO (CA Bar No. 208361)
Bryant.Delgadillo@piblaw.com
DAVID M. LIU (CA Bar No. 216311)
David.Liu@piblaw.com
695 Town Center Drive, 16th Floor
Costa Mesa, CA  92626
Telephone: 714.361.9550
Facsimile: 714.784.4190

Attorneys for Defendant FLAVORGOD, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA- WESTERN DIVISION

| | |
|---|---|
| DYLAN SULLIVAN, an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FLAVORGOD LLC D/B/A FLAVOR GOD, a New Jersey limited liability company; and DOES 1 to 10, inclusive<br><br>Defendant. | **CASE NO.:** 2:20-cv-10882-VAP-E<br><br>HON. VIRGINIA A. PHILLIPS<br><br>**ANSWER TO COMPLAINT BY DEFENDANT FLAVORGOD, LLC**<br><br>TRIAL DATE: None set.<br>ACTION FILED: November 30, 2020 |

/ / /

## PRELIMINARY STATEMENT

Defendant Flavorgod, LLC ("Flavorgod") answers the class action complaint filed on December 2, 2020 [Doc. No. 6] of plaintiff Dylan Sullivan ("Plaintiff") as set forth below.

With respect to the first paragraph of the complaint beginning on page 1, Flavorgod states that no response is required as there is no factual statement to admit or deny in this paragraph. To the extent a response is required, Flavorgod denies the allegations in the introductory paragraph.

## NATURE OF ACTION

1. In response to paragraph 1 of the complaint, Flavorgod denies the allegations contained in said paragraph.

2. In response to paragraph 2 of the complaint, Flavorgod admits that state and federal law prohibits misleading practices. Flavorgod denies the remaining allegations in Paragraph 2.

3. In response to paragraph 3 of the complaint, Flavorgod denies the allegations contained in said paragraph.

4. In response to paragraph 4 of the complaint, Flavorgod denies the allegations contained in said paragraph.

5. In response to paragraph 5 of the complaint, Flavorgod admits only that Plaintiff has filed a class action complaint against Flavorgod and that he seeks the remedies stated in the paragraph. Flavorgod denies all remaining allegations in Paragraph 5.

6. In response to paragraph 6 of the complaint, Flavorgod admits only that Plaintiff seeks attorneys' fees in this action. Flavorgod denies that Plaintiff is entitled to fees and all other remaining allegations in Paragraph 6.

## THE PARTIES

7. In response to paragraph 7 of the complaint, Flavorgod lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in

said paragraph and, therefore, denies each and every allegation therein.

8.   In response to paragraph 8 of the complaint, Flavorgod admits that it is a New Jersey limited liability company with its principal executive offices in New Jersey.

9.   In response to paragraph 9 of the complaint, Flavorgod lacks knowledge and information sufficient to form a belief as to the truth of those allegations contained in said paragraph and, therefore, denies each and every such allegation in paragraph 10.

## JURISDICTION AND VENUE

10.   In response to paragraph 10 of the complaint, Flavorgod states that the allegations call for legal conclusions, but to the extent the allegations call for an affirmative response, Flavorgod denies the Court has federal question jurisdiction pursuant to the Class Action Fairness Act of 2005 and 28 U.S.C. §1332 because Flavorgod lacks knowledge and information sufficient to form a belief as to the truth of those allegations contained in paragraph 10.

11.   In response to paragraph 11 of the complaint, Flavorgod states that the allegations call for legal conclusions, but to the extent the allegations call for an affirmative response, Flavorgod admits that it is registered with the California Secretary of State.  As to further allegations of fact, Flavorgod lacks knowledge and information sufficient to form a belief as to the truth of those allegations contained in said paragraph and, therefore, denies the remaining allegations in paragraph 11.

12.   In response to paragraph 12 of the complaint, Flavorgod states that the allegations call for legal conclusions, but to the extent the allegations call for an affirmative response, Flavorgod admits venue is proper in this judicial district.

## GENERAL ALLEGATIONS

**A.   Company Background**

13.   In response to paragraph 13 of the complaint, Flavorgod admits that the founder of Flavorgod began selling seasoning in 2012 by initially selling products at farmers markets. Flavorgod also admits that it currently markets, sells and ships its products worldwide.  Except as expressly admitted herein, Flavorgod denies the

remaining allegations in the paragraph.

14. In response to paragraph 14 of the complaint, Flavorgod admits that it makes a variety of flavored seasonings identified in the paragraph and that it also makes "toppers", rubs and salt. Except as expressly admitted herein, Flavorgod denies the remaining allegations in the paragraph.

15. In response to paragraph 15 of the complaint, Flavorgod admits only that it sells its products in combo packs and wholesale quantities. Except as expressly admitted herein, Flavorgod denies the remaining allegations in the paragraph.

16. In response to paragraph 16 of the complaint, Flavorgod admits only that it markets its products on Facebook, Instagram and Snapchat. Except as expressly admitted herein, Flavorgod denies the remaining allegations in the paragraph.

17. In response to paragraph 17 of the complaint, Flavorgod denies the allegations in said paragraph.

B. **Flavor God's False and Deceptive Pricing Scheme**

18. In response to paragraph 18 of the complaint, except for the fact that Flavorgod advertises and sells its products on its website, Flavorgod denies the remaining allegations in the paragraph.

19. In response to paragraph 19 of the complaint, except for the fact that Flavorgod advertises and sells its products on its website, Flavorgod denies the remaining allegations in the paragraph.

20. In response to paragraph 20 of the complaint, except for the fact that Flavorgod advertises and sells its products on its website, Flavorgod denies the remaining allegations in the paragraph.

21. In response to paragraph 21 of the complaint, except for the fact that Flavorgod advertises and sells its products on its website, Flavorgod denies the allegations in the paragraph.

22. In response to paragraph 22 of the complaint, Flavorgod denies the allegations in the paragraph.

### C. Plaintiffs' Purchase of Falsely Advertised Items from Flavor God

23. In response to paragraph 23 of the complaint, Flavorgod lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in said paragraph and, therefore, denies each and every allegation therein.

24. In response to paragraph 24 of the complaint, Flavorgod lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in said paragraph and, therefore, denies each and every allegation therein.

25. In response to paragraph 25 of the complaint, Flavorgod lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in said paragraph and, therefore, denies each and every allegation therein.

26. In response to paragraph 26 of the complaint, Flavorgod lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in said paragraph and, therefore, denies each and every allegation therein.

27. In response to paragraph 27 of the complaint, Flavorgod lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in said paragraph and, therefore, denies each and every allegation therein.

28. In response to paragraph 28 of the complaint, Flavorgod denies the allegations in said paragraph.

29. In response to paragraph 29 of the complaint, Flavorgod denies the allegations in the paragraph.

30. In response to paragraph 30 of the complaint, Flavorgod lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in said paragraph and, therefore, denies each and every allegation therein.

### D. Research Shows That the Use of Reference Price Advertising Schemes Similar to FlavorGod's Deceptive Pricing Scheme Influences Consumer Behavior and Affects Consumers' Perceptions of a Product's Value

31. In response to paragraph 31 of the complaint, Flavorgod lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in

said paragraph and, therefore, denies each and every allegation therein.

32. In response to paragraph 32 of the complaint, Flavorgod lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in said paragraph and, therefore, denies each and every allegation therein.

33. In response to paragraph 33 of the complaint, Flavorgod lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in said paragraph and, therefore, denies each and every allegation therein.

34. In response to paragraph 34 of the complaint, Flavorgod lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in said paragraph and, therefore, denies each and every allegation therein.

35. In response to paragraph 35 of the complaint, Flavorgod lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in said paragraph and, therefore, denies each and every allegation therein.

36. In response to paragraph 36 of the complaint, Flavorgod lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in said paragraph and, therefore, denies each and every allegation therein.

## CLASS ACTION ALLEGATIONS

37. In response to paragraph 37 of the complaint, Flavorgod admits that Plaintiff filed the class action complaint and that the allegations in the complaint speak for themselves.  Except as expressly admitted, Flavorgod denies the allegations in the class definition that Flavorgod violated any federal or state statutes, regulations or committed any fraud.

38. In response to paragraph 38 of the complaint, Flavorgod states that no response is required as there is no factual statement to admit or deny in this paragraph with respect to the definition of the class and that the complaint's allegations speak for themselves.  To the extent a response is required, Flavorgod denies the allegations in the class definition that Flavorgod violated any federal or state statutes, regulations or committed any fraud.

39. In response to paragraph 39 of the complaint, Flavorgod states that no response is required as there is no factual statement to admit or deny in this paragraph with respect to the definition of the class and that the complaint's allegations speak for themselves. To the extent a response is required, Flavorgod denies the allegations in the class definition that Flavorgod violated any federal or state statutes, regulations or committed any fraud.

40. In response to paragraph 40 of the complaint, Flavorgod states that no response is required as there is no factual statement to admit or deny in this paragraph with respect to the definition of the class. To the extent a response is required, Flavorgod denies the allegations in the class definition that Flavorgod violated any federal or state statutes, regulations or committed any fraud.

41. In response to paragraph 41 of the complaint, Flavorgod states that the paragraph contain conclusions of law that require no response from Flavorgod. To the extent a response is required, Flavorgod lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in said paragraph and, therefore, denies each and every allegation therein.

42. In response to paragraph 42 of the complaint, Flavorgod states that the paragraph contain conclusions of law that require no response from Flavorgod. To the extent a response is required, Flavorgod lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in said paragraph and, therefore, denies each and every allegation therein.

43. In response to paragraph 43 of the complaint, Flavorgod states that the paragraph contain conclusions of law that require no response from Flavorgod. To the extent a response is required, Flavorgod lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in said paragraph and, therefore, denies each and every allegation therein.

44. In response to paragraph 44 of the complaint, Flavorgod states that the paragraph contain conclusions of law that require no response from Flavorgod. To the

extent a response is required, Flavorgod lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in said paragraph and, therefore, denies each and every allegation therein.

45. In response to paragraph 45 of the complaint, Flavorgod states that the paragraph contain conclusions of law that require no response from Flavorgod. To the extent a response is required, Flavorgod lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in said paragraph and, therefore, denies each and every allegation therein.

46. In response to paragraph 46 of the complaint, Flavorgod states that the paragraph contain conclusions of law that require no response from Flavorgod. To the extent a response is required, Flavorgod lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in said paragraph and, therefore, denies each and every allegation therein.

47. In response to paragraph 47 of the complaint, Flavorgod states that the paragraph contain conclusions of law that require no response from Flavorgod. To the extent a response is required, Flavorgod lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in said paragraph and, therefore, denies each and every allegation therein.

48. In response to paragraph 48 of the complaint, Flavorgod states that the paragraph contain conclusions of law that require no response from Flavorgod. To the extent a response is required, Flavorgod lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in said paragraph and, therefore, denies each and every allegation therein.

///

# CLAIMS FOR RELIEF

## First Cause of Action

## Violation of California's Unfair Competition Law,

## Cal. Bus. & Prof. Code §§ 17200, *et seq.*

## (By Plaintiff against Defendants on Behalf of the Class, or in the Alternative, the California Class)

49. Flavorgod repeat and reallege its responses to paragraphs 1 through 48 of the complaint as if fully set forth herein.

50. In response to paragraph 50 of the complaint, Flavorgod denies it violated California Business & Professions Code §§ 17200, *et seq.* or any other law and denies it is liable to Plaintiff or to the putative class. Flavorgod states that the remaining allegations of this paragraph 50 are legal conclusions or recitations of a statute and, so stating, denies them.

51. In response to paragraph 51 of the complaint, Flavorgod denies it violated California Business & Professions Code §§ 17200, *et seq.* or any other law and denies it is liable to Plaintiff or to the putative class. Flavorgod states that the remaining allegations of this paragraph 51 are legal conclusions or recitations of a statute and, so stating, denies them.

**"Unlawful" Actions**

52. In response to paragraph 52 of the complaint, Flavorgod states that the allegations of this paragraph 52 are legal conclusions or recitations of a statute and, so stating, denies them.

53. In response to paragraph 53 of the complaint, Flavorgod denies the allegations contained in said paragraph.

54. In response to paragraph 54 of the complaint, Flavorgod denies it violated 15 U.S.C § 45(a)(1) or any other regulations or law and denies it is liable to Plaintiff or to the putative class. Flavorgod states that the remaining allegations of this paragraph 54 are legal conclusions or recitations of a statute and, so stating, denies them.

55. In response to paragraph 55 of the complaint, Flavorgod denies it violated California Business & Professions Code §§ 17500 or any other law and denies it is liable to Plaintiff or to the putative class. Flavorgod states that the remaining allegations of this paragraph 55 are legal conclusions or recitations of a statute and, so stating, denies them.

56. In response to paragraph 56 of the complaint, Flavorgod denies it violated California Business & Professions Code §§ 17501 or any other law and denies it is liable to Plaintiff or to the putative class. Flavorgod states that the remaining allegations of this paragraph 56 are legal conclusions or recitations of a statute and, so stating, denies them.

57. In response to paragraph 57 of the complaint, Flavorgod denies it violated the California Consumer Legal Remedies Act or any other law and denies it is liable to Plaintiff or to the putative class. Flavorgod states that the remaining allegations of this paragraph 57 are legal conclusions or recitations of a statute and, so stating, denies them.

**"Unfair" Actions**

58. In response to paragraph 58 of the complaint, Flavorgod states that the allegations of this paragraph 58 are legal conclusions or recitations of a statute and, so stating, denies them.

59. In response to paragraph 59 of the complaint, Flavorgod denies the allegations contained in said paragraph.

60. In response to paragraph 60 of the complaint, Flavorgod denies the allegations contained in said paragraph.

**"Fraudulent" Actions**

61. Flavorgod states that the allegations of this paragraph 61 are legal conclusions or recitations of a statute and, so stating, denies them.

62. In response to paragraph 62 of the complaint, Flavorgod denies the allegations contained in said paragraph.

63. In response to paragraph 63 of the complaint, Flavorgod denies the allegations contained in said paragraph.

64. In response to paragraph 64 of the complaint, Flavorgod denies the allegations contained in said paragraph.

65. In response to paragraph 65 of the complaint, Flavorgod denies that Plaintiff or the putative class are entitled to disgorgement or any other remedies. Flavorgod states that the remaining allegations of this paragraph 65 are legal conclusions or recitations of a statute and, so stating, denies them.

66. In response to paragraph 66 of the complaint, Flavorgod denies that Plaintiff or the putative class are entitled to injunctive relief or any other remedies. Flavorgod denies the remaining allegations in paragraph 66.

## Second Cause of Action

### Violation of California's False Advertising Law

### Cal. Bus. & Prof. Code §§ 17500, *et seq.*

**(By Plaintiff Against Defendants on Behalf of the Class, or in the Alternative, the California Class)**

67. Flavorgod repeat and reallege its responses to paragraphs 1 through 66 of the complaint as if fully set forth herein.

68. In response to paragraph 68 of the complaint, Flavorgod states that the allegations of this paragraph 68 are legal conclusions or recitations of a statute and, so stating, denies them.

69. In response to paragraph 69 of the complaint, Flavorgod states that the allegations of this paragraph 69 are legal conclusions or recitations of a statute and, so stating, denies them.

70. In response to paragraph 70 of the complaint, Flavorgod denies the allegations contained in said paragraph.

71. In response to paragraph 71 of the complaint, Flavorgod denies the allegations contained in said paragraph.

72. In response to paragraph 72 of the complaint, Flavorgod denies the allegations contained in said paragraph.

73. In response to paragraph 73 of the complaint, Flavorgod denies the allegations contained in said paragraph.

### Third Cause of Action

**Violation of the California Consumer Legal Remedies Act,**

**Cal. Civ. Code §§ 1750,** *et seq.*

**(By Plaintiff Against Defendants on Behalf of the Class, or in the Alternative, the California Class)**

74. Flavorgod repeat and reallege its responses to paragraphs 1 through 73 of the complaint as if fully set forth herein.

75. In response to paragraph 75 of the complaint, Flavorgod states that the allegations of this paragraph 75 are legal conclusions or recitations of a statute and, so stating, denies them.

76. In response to paragraph 76 of the complaint, Flavorgod states that the allegations of this paragraph 76 are legal conclusions or recitations of a statute and, so stating, denies them.

77. In response to paragraph 77 of the complaint, Flavorgod denies it violated the California Consumer Legal Remedies Act or any other law and denies it is liable to Plaintiff or to the putative class. Flavorgod states that the remaining allegations of this paragraph 77 are legal conclusions or recitations of a statute and, so stating, denies them.

78. In response to paragraph 78 of the complaint, Flavorgod denies it violated the California Consumer Legal Remedies Act or any other law and denies it is liable to Plaintiff or to the putative class. Flavorgod states that the remaining allegations of this paragraph 78 are legal conclusions or recitations of a statute and, so stating, denies them.

79. In response to paragraph 79 of the complaint, Flavorgod denies it violated

the California Consumer Legal Remedies Act or any other law and denies it is liable to Plaintiff or to the putative class. Flavorgod states that the remaining allegations of this paragraph 79 are legal conclusions or recitations of a statute and, so stating, denies them.

80.   In response to paragraph 80 of the complaint, Flavorgod denies that Plaintiff or the putative class are entitled to injunctive relief or any other remedies. Flavorgod that no response is required as there is no factual statement to admit or denies the remaining allegations of this paragraph 80.

## Fourth Cause of Action

## Fraudulent Concealment

## (By Plaintiff Against Defendants on Behalf of the Class)

81.   Flavorgod repeat and reallege its responses to paragraphs 1 through 80 of the complaint as if fully set forth herein.

82.   In response to paragraph 82 of the complaint, Flavorgod denies the allegations contained in said paragraph.

83.   In response to paragraph 83 of the complaint, Flavorgod denies the allegations contained in said paragraph.

84.   In response to paragraph 84 of the complaint, Flavorgod denies the allegations contained in said paragraph.

85.   In response to paragraph 85 of the complaint, Flavorgod lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in said paragraph and, therefore, denies each and every allegation therein.

86.   In response to paragraph 86 of the complaint, Flavorgod denies the allegations contained in said paragraph.

87.   In response to paragraph 87 of the complaint, Flavorgod lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in said paragraph and, therefore, denies each and every allegation therein.

88.   In response to paragraph 88 of the complaint, Flavorgod denies the

allegations contained in said paragraph.

89. In response to paragraph 89 of the complaint, Flavorgod denies the allegations contained in said paragraph.

90. In response to paragraph 90 of the complaint, Flavorgod denies the allegations contained in said paragraph.

## PLAINTIFF'S PRAYER FOR RELIEF

Flavorgod denies that Plaintiff or the putative class is entitled to any relief whatsoever under the complaint.

## DEMAND FOR JURY TRIAL

Flavorgod admits that Plaintiff demands a jury trial on all triable issues. Flavorgod objects to a jury trial on any claims for equitable relief and all other issues as to which a jury is not permitted as of right or as a matter of law.

## FLAVORGOD'S AFFIRMATIVE DEFENSES

As separate and distinct affirmative defenses to the complaint on file in this action, Flavorgod alleges as follows:

## FIRST AFFIRMATIVE DEFENSE

1. The complaint and each cause of action contained therein, fails to set forth facts sufficient to constitute a claim for relief against Flavorgod by Plaintiff or the putative class.

## SECOND AFFIRMATIVE DEFENSE

2. Plaintiff's claims, and those of the putative class, are barred or limited by their failure to comply with the legal obligations required of them, including without limitation Civil Code § 1782.

## THIRD AFFIRMATIVE DEFENSE

3. Plaintiff, and the putative class, lack standing to bring any claims pursuant to California Business and Professions Code § 17200 because Plaintiff, and the putative class, did not suffer the injuries alleged in the complaint.

///

**FOURTH AFFIRMATIVE DEFENSE**

4. Plaintiff's claims, and those of the putative class, are barred by California Business and Professions Code § 17200.

**FIFTH AFFIRMATIVE DEFENSE**

5. Plaintiff's claims, and those of the putative class, are barred by California Business and Professions Code § 17500.

**SIXTH AFFIRMATIVE DEFENSE**

6. Plaintiff's claims, and those of the putative class, are barred by California Civil Code § 1750.

**SEVENTH AFFIRMATIVE DEFENSE**

7. Plaintiff's claims, and those of the putative class, are barred because Flavorgod did not misrepresent, negligently or otherwise, any material facts to Plaintiff or to the putative class.

**EIGHTH AFFIRMATIVE DEFENSE**

8. Plaintiff's claims, and those of the putative class, are barred because Flavorgod did not conceal any material facts to Plaintiff or to the putative class.

**NINTH AFFIRMATIVE DEFENSE**

9. Plaintiff's claims, and those of the putative class, are barred because Plaintiff, and the putative class, did not justifiably rely on any statements or conduct by Flavorgod.

**TENTH AFFIRMATIVE DEFENSE**

10. Plaintiff's claims, and those of the putative class, fail because they have failed to satisfy the requirements of Fed. R. Civ. P. 23.

**ELEVENTH AFFIRMATIVE DEFENSE**

11. The putative class members cannot proceed collectively because they are not similarly situated.

**TWELFTH AFFIRMATIVE DEFENSE**

12. Plaintiff's claims are not suitable for class action treatment.

**THIRTEENTH AFFIRMATIVE DEFENSE**

13. Plaintiff's claims are not typical of the claims of each member of the putative class.

**FOURTEENTH AFFIRMATIVE DEFENSE**

14. Plaintiff cannot maintain this action as a class action because individual questions of fact and/or law predominate.

**FIFTEENTH AFFIRMATIVE DEFENSE**

15. Unique defenses apply to the claims that will be asserted by Plaintiff and the putative class members such that Plaintiff's interests are not aligned with members of the putative class.

**SIXTEENTH AFFIRMATIVE DEFENSE**

16. Plaintiff's interests in prosecuting this case are inconsistent with the interests of the other members of the putative class that they seek to represent.

**SEVENTEENTH AFFIRMATIVE DEFENSE**

17. Plaintiff is not an adequate representative of the putative class.

**EIGHTEENTH AFFIRMATIVE DEFENSE**

18. If Plaintiff, or any members of the putative class, have filed for bankruptcy, this Court lacks jurisdiction over any such purported claims and/or such claims may have been discharged, or will be discharged, during the pendency of this action and, therefore, are not appropriate for class treatment.

**NINETEENTH AFFIRMATIVE DEFENSE**

19. Plaintiff's claims, and those of the putative class, are barred by the doctrine of accord and satisfaction.

**TWENTIETH AFFIRMATIVE DEFENSE**

20. Plaintiff's claims, and those of the putative class, are barred by the doctrines of setoff and recoupment.

**TWENTY-FIRST AFFIRMATIVE DEFENSE**

21. Plaintiff's claims, and those of the putative class, are barred by the

doctrines of waiver and estoppel.

**TWENTY-SECOND AFFIRMATIVE DEFENSE**

22. Plaintiff's claims, and those of the putative class, are barred by the equitable doctrine of unclean hands from asserting any claim against Flavorgod.

**TWENTY-THIRD AFFIRMATIVE DEFENSE**

23. Plaintiff's claims, and those of the putative class, are barred by virtue of the fact that Flavorgod has complied with any and all applicable federal and state statutes, regulations and any other law.

**TWENTY-FOURTH AFFIRMATIVE DEFENSE**

24. Plaintiff's claims, and those of the putative class, are barred by virtue of the fact that all of the acts alleged therein to have been performed by Flavorgod, were privileged or justified, if performed at all.

**TWENTY-FIFTH AFFIRMATIVE DEFENSE**

25. Any damages sustained by Plaintiff and the putative class were caused in whole or in part by their own culpable, reckless, and/or negligent conduct.

**TWENTY-SIXTH AFFIRMATIVE DEFENSE**

26. Plaintiff's claims, and those of the putative class, are barred in whole or part, by virtue of offsets to which Flavorgod is entitled by way of any wrongful conduct of Plaintiff, the putative class members or other third parties.

**TWENTY-SEVENTH AFFIRMATIVE DEFENSE**

27. Plaintiff's claims, and those of the putative class, are barred because Plaintiff, and the putative class, would be unjustly enriched if they prevailed on their respective claims.

**TWENTY-EIGHTH AFFIRMATIVE DEFENSE**

28. Plaintiff's claims, and those of the putative class, are barred on the ground that the alleged breach and/or act(s) of Flavorgod is not the proximate cause of alleged damages, if any.

/ / /

**TWENTY-NINTH AFFIRMATIVE DEFENSE**

29. Plaintiff's claims, and those of the putative class, are barred because Plaintiff, and the putative class, has not suffered, and has not properly pleaded, damages as a result of the conduct alleged in the complaint as to Flavorgod.

**THIRTIETH AFFIRMATIVE DEFENSE**

30. Plaintiff, and the putative class, are barred from recovering monetary damages from Flavorgod or any other relief against Flavorgod to the extent Plaintiff, or the putative class, failed to mitigate their damages, if any, as required by law.

**THIRTY-FIRST AFFIRMATIVE DEFENSE**

31. If Plaintiff or the putative class are entitled to any statutory damages, which Flavorgod expressly denies, such damages are subject to the limitations set forth in that statute.

**THIRTY-SECOND AFFIRMATIVE DEFENSE**

32. Plaintiff's claims, and those of the putative class, are barred because there is no fault on Flavorgod's part.

**THIRTY-THIRD AFFIRMATIVE DEFENSE**

33. Flavorgod alleges on information and belief that Plaintiff, and the putative class, unreasonably delayed in bringing the complaint, including each claim alleged, to the prejudice of Flavorgod, and therefore, the complaint is barred under the doctrine of laches.

**THIRTY-FOURTH AFFIRMATIVE DEFENSE**

34. The complaint, and/or each and every cause of action contained therein, is barred by Plaintiff's or the putative class' ratification of the actions allegedly undertaken.

**THIRTY-FIFTH AFFIRMATIVE DEFENSE**

35. Plaintiff's claims, and those of the putative class, are barred by Plaintiff's or the putative class' consent.

/ / /

### THIRTY-SIXTH AFFIRMATIVE DEFENSE

36. Plaintiff's claims, and those of the putative class, are barred by applicable statutes of limitations.

### THIRTY-SEVENTH AFFIRMATIVE DEFENSE

37. Flavorgod reserves the right to assert additional affirmative defenses in the event discovery and/or investigation indicates that additional affirmative defenses are applicable.

**WHEREFORE,** Flavorgod prays for judgment as follows:

1. That Plaintiff individually, and the putative class, take nothing by the complaint;

2. That Flavorgod be awarded its attorneys' fees and costs herein incurred to extent permitted by law; and

3. For such other and further relief as the court may deem proper and just.

DATED: March 10, 2021            **PARKER IBRAHIM & BERG LLP**

By: */s/ Bryant S. Delgadillo*
    BRYANT S. DELGADILLO
    DAVID M. LIU
    Attorneys for Defendant
    FLAVORGOD, LLC

# CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2021, I caused the foregoing document described as **ANSWER TO COMPLAINT BY DEFENDANT FLAVORGOD, LLC** to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all participants in the case who are registered CM/ECF users.

*/s/ Rhonda K. Viers*
Rhonda K. Viers