1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Kevin J. Cole (SBN 321555)
 *kevin@kjclawgroup.com*
**KJC LAW GROUP, A.P.C.**
9701 Wilshire Blvd., Suite 1000
Beverly Hills, CA 90212
Telephone: (310) 861-7797

*Attorneys for Plaintiff*
*Dylan Sullivan*

Bryant S. Delgadillo (SBN 208361)
 *Bryant.Delgadillo@piblaw.com*
David M. Liu (SBN 216311)
 *David.Liu@piblaw.com*
**PARKER IBRAHIM & BERG LLP**
695 Town Center Drive, 16th Floor
Costa Mesa, CA 92626
Telephone: (714) 361-9550

*Attorneys for Defendant*
*Flavorgod LLC*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

DYLAN SULLIVAN, individually and on behalf of all others similarly situated,

    Plaintiff,

    v.

FLAVORGOD LLC D/B/A FLAVOR GOD, a New Jersey limited liability company; and DOES 1 to 10, inclusive,

    Defendants.

Case No. 2:20-cv-10882-VAP(Ex)

**VOLUNTARY DISMISSAL BY STIPULATION**

Judge: Hon. Virginia A. Phillips
Ctrm:  8A, First Street Courthouse

<u>Filed Concurrently:</u>
    1.  [Proposed] Order.

Complaint Filed:  November 30, 2020
Trial Date:  None Set

-1-
VOLUNTARY DISMISSAL BY STIPULATION

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate, in consideration of a negotiated settlement executed by them, to the dismissal with prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorneys' fees and costs.  *See* Fed. R. Civ. P. 41(a)(1)(A)(ii) (an action may be dismissed at any time by "filing . . . a stipulation of dismissal signed by all parties who have appeared."); *see* Judge Virginia A. Phillips, *et al.*, Federal Civil Procedure Before Trial, Calif. & 9th Cir. Editions § 16:339 (The Rutter Group 2021) ("This [voluntary dismissal by stipulation] allows dismissal without court intervention after plaintiff's unilateral right to dismiss has been extinguished by service of an answer or summary judgment motion.") (citing *Hester Industries, Inc. v. Tyson Foods, Inc.*, 160 F.3d 911, 916 (2d Cir. 1998)).

In addition, there has been no motion for class certification filed in this action, thus no class has been certified, and it is not necessary to provide notice to the absent putative class members.  *See id.*, § 10:790 ("There is no requirement of judicial approval for precertification dispositions. The reason is that absent class members generally have no notice of uncertified class actions and therefore cannot be bound or deemed to have relied thereon.") (citing Adv. Comm. Notes to 2003 Amendments to Fed. R. Civ. P. 23).

In consideration of the foregoing, the parties respectfully request that the Court dismiss this action with prejudice.

**IT IS SO STIPULATED.**

DATED:  September 16, 2021                **KJC LAW GROUP, A.P.C.**

                                          By:  /s/ *Kevin J. Cole*
                                               *Attorneys for Plaintiff*

DATED:  September 16, 2021                **PARKER IBRAHIM & BERG LLP**

                                          By:  /s/ *Bryant S. Delgadillo*
                                               *Attorneys for Defendant*

-2-
VOLUNTARY DISMISSAL BY STIPULATION

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed, or caused to be filed, the foregoing with the Clerk of the Court for the United States District Court for the Central District of California by using the CM/ECF system on September 16, 2021.   I further certify that all parties to this action, through their respective counsel, are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.   Executed this 16th day of September 2021.

By: */s/ Kevin J. Cole*
**KJC LAW GROUP, A.P.C.**

*Attorneys for Plaintiff Dylan Sullivan*

-3-

CERTIFICATE AND PROOF OF SERVICE