JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| DYLAN SULLIVAN, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>FLAVORGOD LLC D/B/A FLAVOR GOD, a New Jersey limited liability company; and DOES 1 to 10, inclusive,<br><br>    Defendants. | Case No. 2:20-cv-10882-VAP(Ex)<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL BY STIPULATION**<br><br>Judge: Hon. Virginia A. Phillips<br>Ctrm: 8A, First Street Courthouse<br><br>Complaint Filed: November 30, 2020<br>Trial Date: None Set |

## ORDER

Before the Court is a Stipulation between Plaintiff Dylan Sullivan and Defendant Flavorgod LLC (the "Parties") to dismiss this action, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Having considered the Stipulation and finding good cause, the Court hereby dismisses with prejudice this action in its entirety, with the Court retaining jurisdiction to enforce the terms of the stipulated settlement of the Parties.

**IT IS SO ORDERED**.

Dated: September 20, 2021

_____
Hon. Virginia A. Phillips
United States District Judge